Clarence E. GRICE, Plaintiff—Appellant,

v.

Jo Anne B. BARNHART, Commissioner of the Social Security Administration, Defendant—Appellee.

No. 05–1229.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 1, 2005.

Decided: Aug. 17, 2005.

Clarence E. Grice, Appellant pro se. Laura Ridgell–Boltz, Social Security Administration, Denver, Colorado, for Appellee.

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence E. Grice appeals the district court's order adopting the report and recommendation of the magistrate judge and affirming the Commissioner of the Social Security Administration's denial of disability insurance benefits and supplemental security income benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Grice v. Barnhart,* No. CA–03–4054–0–25 (D.S.C. Feb. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*